# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE

CONNIE JACKSON and
JEFFREY JACKSON,

      Plaintiffs,

v.                                        Docket # 3:16-cv-00716-TRM-CCS
                                          (JURY DEMANDED)

LEMOND COMPANIES, LLC,
LEMOND COMPOSITES, LLC,
GREG LEMOND,
NICOLAS WEGENER, and
ALEX JACOME,

      Defendants.

## STIPULATION PURSUANT TO E.D. TENN. L.R. 12.1

Pursuant to E.D. Tenn. L.R. 12.1 and the agreement of counsel, the Plaintiffs and LeMond Companies, LLC, LeMond Composites, LLC, Greg LeMond, Nicholas Wegener, and Alex Jacome (the "Defendants"), hereby stipulate as follows:

1. The Defendants have until February 8, 2017 to answer or otherwise respond to the Plaintiffs' complaint in this cause;

2. The Defendants waive any objection to the sufficiency of service of process or defense based on the sufficiency of service of process.

1245252v3

1

Dated: February 1, 2017

EGERTON, MCAFEE, ARMISTEAD &DAVIS, P.C.

Attorneys for Plaintiffs, Connie Jackson and Jeffrey Jackson

/s/ Melissa B. Carrasco (by WTC with permission)
Melissa B. Carrasco, BPR # 029094
EGERTON, MCAFEE, ARMISTEAD &DAVIS, P.C.
900 S. Gay Street, Suite 1400
Knoxville, Tennessee 37902
Phone:      865-546-0500
Fax:          865-525-5293
Email: mbc@emlaw.com

BERNSTEIN STAIR & McADAMS LLP

Attorneys for Defendants, LeMond Companies, LLC, LeMond Composites, LLC, Greg LeMond, Nicholas Wegener, and Alex Jacome

s/ W. Tyler Chastain
DARYL R. FANSLER (BPR # 010219)
W. TYLER CHASTAIN (BPR # 016029)
BERNSTEIN STAIR & McADAMS LLP
116 Agnes Road
Knoxville, Tennessee 37919
Telephone:   865-546-8030
Fax:              865-522-8879
Email: dfansler@bsmlaw.com
          wtylerc@bsmlaw.com
and

LAWRENCE M. SHAPIRO, Esq. (Minn. Reg. # 0130886)
    *(pro hac to be pending)*
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, Minnesota 55402-3362
Telephone Direct:     (612) 373-8325
Fax:                             (612) 373-0929
Email: LShapiro@greeneespel.com

Of Counsel

1245252v3

2